UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
YAKHMI, RANJIT                      §     Case No. 07-15309
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Clerk for the U.S. Bankruptcy
          Northern District of Illinois
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/13/2011 in Courtroom 644,

          United States Courthouse
          219 South Dearborn
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2011          By: N. Neville Reid
                                                           Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
YAKHMI, RANJIT § Case No. 07-15309
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,422.31 |
| and approved disbursements of | $ | 16,393.57 |
| leaving a balance on hand of[1] | $ | 34,028.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid | $ 5,771.12 | $ 0.00 | $ 5,771.12 |
| Attorney for Trustee Fees: Nisen & Elliott, LLC | $ 16,393.57 | $ 16,393.57 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 5,771.12 |
| Remaining Balance | $ 28,257.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,705.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | YESSG As Assignee of Household Bank | $ 2,683.41 | $ 0.00 | $ 2,249.68 |
| 000002 | Discover Bank/DFS Service LLC | $ 9,940.87 | $ 0.00 | $ 8,334.07 |
| 000003 | LVNV Funding LLC its successors and assigns as | $ 1,554.48 | $ 0.00 | $ 1,303.22 |
| 000004 | LVNV Funding LLC its successors and assigns as | $ 10,319.43 | $ 0.00 | $ 8,651.45 |
| 000005 | CHASE BANK USA, NA | $ 2,427.95 | $ 0.00 | $ 2,035.51 |
| 000006 | Capital Credit & Collection | $ 2,065.65 | $ 0.00 | $ 1,731.77 |
| 000007 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 4,713.85 | $ 0.00 | $ 3,951.92 |

Total to be paid to timely general unsecured creditors    $    28,257.62

Remaining Balance                                         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

N. Neville Reid
200 W. MADISON, SUITE 3000
CHICAGO, IL 60606

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 07-15309-PSH
Ranjit Yakhmi                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: corrinal          Page 1 of 3           Date Rcvd: Nov 21, 2011
                             Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2011.
```
db           +Ranjit Yakhmi,    2653 West Rosemont Avenue, Unit 1W,   Chicago, IL 60659-1858
11565524     +CBUSASEARS,    P.O. Box 6189,    Sioux Falls, SD 57117-6189,    5121071818599353
11565525     +CBUSASEARS,    P.O. Box 6189,    Sioux Falls, SD 57117-6189,    5121079714428817
12537638     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349581      CHASE BANK USA, NA,    PO BOX 15145,   WILMINGTON, DE  19850-5145
11565535     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual,    P.O. Box 1093,    Northridge, CA 91328,
               12693495)
11565527     +Chase N.A.,    800 Brooksedge Boulevard,    Westerville, OH 43081-2822,    514922846054
11565528     +Citibank,    P.O. Box 6241,    Sioux Falls, SD 57117-6241,    539860703456
11565529     +Credit Protection Association,    1355 Noel Road,    Suite 2100,    Dallas, TX 75240-6837,
               1202975510
11565531     +HSBC NV,    P.O. Box 19360,    Portland, OR 97280-0360,    1080695417
11565532     +IL Dept of Healthcare,    509 South 6th Street,    Springfield, IL 62701-1825,    223H200506640000
11565533     +Peoples Energy,    130 East Randolph,    Chicago, IL 60601-6302,    550004497
11565534     +Schneider Finance, Inc.,    P.O.Box 2750,   Green Bay, WI 54306-2750
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11565526     +E-mail/Text: w.chaffin@capitalcreditinc.com Nov 22 2011 02:39:42     Capital Credit & Collection,
               9900 SW Wilshire,    Portland, OR 97225-5035,    520036
12575478     +E-mail/Text: w.chaffin@capitalcreditinc.com Nov 22 2011 02:39:42     Capital Credit & Collection,
               10200 SW Eartridge St,    Suite 201,    Portland, OR 97225-5029
11565530      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2011 04:40:34     Discover Financial Service,
               P.O. Box 15316,    Wilmington, DE 19850,    601100940065
12519057      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2011 04:40:34     Discover Bank/DFS Service LLC,
               PO Box 3025,    New Albany, OH 43054-3025
12814766     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2011 04:50:52
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12523331      E-mail/Text: resurgentbknotifications@resurgent.com Nov 22 2011 02:36:11
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11630220      E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2011 04:30:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12499324     +E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2011 04:57:35     YESSG As Assignee of Household Bank,
               c/o Recovery Management Systems Corp.,    For YESSG I,    25 SE 2nd Avenue, Suite 1120,
               Miami FL 33131-1605
                                                                                               TOTAL: 8
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty           Nisen & Elliot
11565523     ##+Bank of America,    P.O. Box 1598,    Norfolk, VA 23501-1598,    9794
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: corrinal           Page 2 of 3           Date Rcvd: Nov 21, 2011
                              Form ID: pdf006          Total Noticed: 21

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2011**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal              Page 3 of 3                  Date Rcvd: Nov 21, 2011
                              Form ID: pdf006             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2011 at the address(es) listed below:

        Daniel P. Dawson    on behalf of Plaintiff   N. Neville Reid ddawson@nisen.com,   adrag@nisen.com
        Debra J Vorhies Levine    on behalf of Debtor Ranjit Yakhmi debra.levine@dvllawoffices.com,
         front.desk@dvllawoffices.com;brad.smith@dvllawoffices.com
        Joel P Fonferko    on behalf of Creditor   LoanCare Servicing Center ND-Two@il.cslegal.com
        Michael M Tannen    on behalf of Creditor   Schneider Finance, Inc. mtannen@tannenlaw.com,
         adminassistant@tannenlaw.com
        N. Neville Reid    nreid@fhslc.com,   nreid@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                  TOTAL: 6