UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
YAKHMI, RANJIT                          §        Case No. 07-15309
                                        §
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/N. Neville Reid _____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Schneider Finance, Inc.<br>PO Box 2750<br>Green Bay, WI 54306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| NISEN & ELLIOTT, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>PO Box 1598<br>Norfolk, VA 23501 | | | | | |
| | CBUSASEARS<br>PO Box 6189<br>Sioux Falls, SD 57117 | | | | | |
| | CBUSASEARS<br>PO Box 6189<br>Sioux Falls, SD 57117 | | | | | |
| | Capital Credit & Collection<br>9900 SW Wilshire<br>Portland, OR 97225 | | | | | |
| | Chase N.A.<br>800 Brooksedge Boulevard<br>Westerville, OH 43081 | | | | | |
| | Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117 | | | | | |
| | Credit Protection Association<br>1355 Noel Road<br>Suite 2100<br>Dallas, TX 75240 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial Service PO Box 15316 Wilmington, DE 19850 | | | | | |
| | HSBC NV PO Box 19360 Portland, OR 97280 | | | | | |
| | IL Dept of Healthcare 509 South 6th Street Springfield, IL 62701 | | | | | |
| | Peoples Energy 130 East Randolph Chicago, IL 60641 | | | | | |
| | Washington Mutual PO Box 1093 Northridge, CA 91328 | | | | | |
| 000006 | CAPITAL CREDIT & COLLECTION | | | | | |
| 000005 | CHASE BANK USA, NA | | | | | |
| 000002 | DISCOVER BANK/DFS SERVICE LLC | | | | | |
| 000007 | FIA CARD SERVICES, N.A./BANK OF AME | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000001 | YESSG AS ASSIGNEE OF HOUSEHOLD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 07-15309  PSH  Judge: PAMELA S. HOLLIS  
Case Name: YAKHMI, RANJIT

Trustee Name: N. Neville Reid  
Date Filed (f) or Converted (c): 08/23/07 (f)  
341(a) Meeting Date: 09/26/07  

For Period Ending: 05/01/12

Claims Bar Date: 05/19/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 1.00 | Unknown | DA | 0.00 | 0.00 |
| 2. HOUSEHOLD FURNISH. | 750.00 | Unknown | DA | 0.00 | 0.00 |
| 3. WEARING APPAREL | 300.00 | Unknown | DA | 0.00 | 0.00 |
| 4. TAXI MEDALLION | 39,000.00 | 0.00 | | 50,402.74 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 19.99 | Unknown |

TOTALS (Excluding Unknown Values)  $40,051.00  $0.00  $50,422.73  

Gross Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed, fees approved, distributions made to creditors in 2011. Awaiting clearance of all checks and resolution of issue with Mayer Brown re: allocation of trustee commission between Fox Hefter and Mayer Brown.

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-15309 -PSH | | Trustee Name: | N. Neville Reid |
| Case Name: | YAKHMI, RANJIT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6770 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1246 | | | |
| For Period Ending: | 05/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 12/11/09 | 4 | Southwest Chicago Chapter Credit Union 555 West 31st Street Chicago, IL 60616 | Adv. Proc. 09 A 00756 | | 1129-000 | 50,402.74 | | 50,402.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 1.07 | | 50,403.81 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 2.13 | | 50,405.94 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 1.93 | | 50,407.87 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | | 1270-000 | 2.15 | | 50,410.02 |
| 04/28/10 | 000301 | Nisen & Elliott, LLC 200 West Adams Street Chicago, IL 60606 | Allowance of Fees and Expenses | | | | 16,393.57 | 34,016.45 |
| | | | Fees | 16,223.00 | 3210-000 | | | |
| | | | Expenses | 170.57 | 3220-000 | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 2.03 | | 34,018.48 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.86 | | 34,019.34 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.84 | | 34,020.18 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.86 | | 34,021.04 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.87 | | 34,021.91 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.84 | | 34,022.75 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.86 | | 34,023.61 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.84 | | 34,024.45 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.87 | | 34,025.32 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | | 1270-000 | 0.87 | | 34,026.19 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.26 | | 34,026.45 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.29 | | 34,026.74 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.27 | | 34,027.01 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.30 | | 34,027.31 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.28 | | 34,027.59 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 1270-000 | 0.28 | | 34,027.87 |

Page Subtotals      50,421.44      16,393.57

Ver: 16.06a

Page: 2

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-15309 -PSH | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | YAKHMI, RANJIT | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6770  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1246 | | |
| For Period Ending: | 05/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 34,028.17 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 34,028.45 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 34,028.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 34,029.02 |
| 12/16/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 34,029.16 |
| 12/16/11 | | Transfer to Acct #*******7038 | Final Posting Transfer | 9999-000 | | 34,029.16 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,422.73 | 50,422.73 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 34,029.16 | |
| Subtotal | 50,422.73 | 16,393.57 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,422.73 | 16,393.57 | |

Page Subtotals   1.29   34,029.16

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-15309 -PSH | | Trustee Name: | N. Neville Reid |
| Case Name: | YAKHMI, RANJIT | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7038 BofA - Checking Account |
| Taxpayer ID No: | *******1246 | | | |
| For Period Ending: | 05/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/16/11 | | Transfer from Acct #*******6770 | Transfer In From MMA Account | 9999-000 | 34,029.16 | | 34,029.16 |
| 12/20/11 | 003001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 5,771.12 | 28,258.04 |
| 12/20/11 | 003002 | YESSG As Assignee of Household Bank<br>c/o Recovery Management Systems Corp.<br>For YESSG I<br>25 SE 2nd Avenue, Suite 1120<br>Miami FL 33131 | Claim 000001, Payment 83.83773% | 7100-000 | | 2,249.71 | 26,008.33 |
| 12/20/11 | 003003 | Discover Bank/DFS Service LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 83.83773% | 7100-000 | | 8,334.20 | 17,674.13 |
| 12/20/11 | 003004 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 83.83768% | 7100-000 | | 1,303.24 | 16,370.89 |
| 12/20/11 | 003005 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000004, Payment 83.83767% | 7100-000 | | 8,651.57 | 7,719.32 |
| 12/20/11 | 003006 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 83.83781% | 7100-000 | | 2,035.54 | 5,683.78 |
| 12/20/11 | 003007 | Capital Credit & Collection<br>10200 SW Eartridge St<br>Suite 201<br>Portland, OR 97225 | Claim 000006, Payment 83.83753% | 7100-000 | | 1,731.79 | 3,951.99 |
| | | | Page Subtotals | | 34,029.16 | 30,077.17 | |

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15309 -PSH | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | YAKHMI, RANJIT | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******7038 BofA - Checking Account |
| Taxpayer ID No: | *******1246 |  |  |
| For Period Ending: | 05/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/20/11 | 003008 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Claim 000007, Payment 83.83784% | 7100-000 |  | 3,951.99 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 34,029.16 | 34,029.16 | 0.00 |
| Less: Bank Transfers/CD's | 34,029.16 | 0.00 |  |
| Subtotal | 0.00 | 34,029.16 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 34,029.16 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6770 | 50,422.73 | 16,393.57 | 0.00 |
| BofA - Checking Account - ********7038 | 0.00 | 34,029.16 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 50,422.73 | 50,422.73 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        3,951.99

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*